IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 08 mj 1161 MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK MICHAEL CHARLES,

    Defendant.

---

ORDER FOR NON-CUSTODIAL TRANSPORTATION

---

Upon application of the defendant and good cause appearing,

IT IS HEREBY ORDERED THAT

PURSUANT TO 18 U.S.C. 4285, The United States Marshal's Service arrange for non custodial transportation of the defendant to the Central District of California, Southern Division, Santa Ana, California, so he may appear as directed on September 15, 2008, in connection with the charges pending against him in SA CR 08-00178.

By the Court:

_____      9/9/08
Michael E. Hegarty                 Date
U.S. Magistrate Judge